**Tara B. Hammond, M.D.**
**1866 Doverhill Drive**
**Lawrenceville, Georgia 30043**
**(678) 442-1999 Phone (678) 442-1999 Fax**
**(404) 394-6683 Mobile**

**Personal:**
Date of Birth: March 4, 1969
Place of Birth: New Orleans, LA
Marital Status: Married, two children

**Education:**
1987-1991 BS (Biology), Xavier University, New Orleans, LA
1991-1995 MD, Louisiana State University School of Medicine, New Orleans, LA

**Postgraduate Training:**
July, 1996-June, 1999 Residency: Alton Ochsner Medical Foundation, New Orleans, LA
July, 1999-June, 2001 Fellowship: Tulane University Medical Center, Department Of Child and Adolescent Psychiatry New Orleans, LA

**Employment:**

| | |
|---|---|
| Aprill2, 2010- current | Associate Medical Director UnitedHealth Group 4170 Ashford Dunwoody Rd. Ste. 100 Atlanta, GA 30319 |
| August 3, 2009- April 8, 2010 | Attending Psychiatrist Georgia Regional Hospital at Atlanta 3073 Panthersville Rd. Decatur, GA 30034 |
| February I, 2007-July 31, 2009 | Private Practice Manna Treatment and Counseling 2250 Satellite Blvd. Ste. 115 Duluth, GA 30097 |
| January 4, 2004- March 2007 | Attending Psychiatrist, Laurel Heights Hospital 934 Briarcliff Road NE Atlanta, GA 30306 |

Exhibit A

| | |
|---|---|
| December I, 2002-<br>December 30, 2003 | Attending Psychiatrist, Laurelwood Hospital<br>Gainesville, GA<br>Private Practice, 664A Lanier Park Drive NE<br>Gainesville, GA 30501 |
| May, 2002-December, 2002 | West Jefferson Mental Health Center<br>Marrero, LA 70072 |
| August, 2001-May, 2002 | Davis Psychiatric Clinic, Gretna, LA 70056 |
| June, 1998-May, 2001 | Week-On-Call Staff Psychiatrist<br>Greenwell Springs Hospital<br>Greenwell Springs, LA 70739 |
| June, 1998-June, 2001 | Weekend-On-Call Staff Psychiatrist<br>Chabert Medical Center, Houma, LA 70363 |

**Professional Licenses:**
Georgia Medical License #52183
Louisiana Medical License # 023580
Arkansas Medical License # E-6773
Tennessee Medical License #0000046301
Mississippi Medical License # 22166

DEA#: BH6591261

Board Certified: General Psychiatry, 2003
Board Eligible: Child Psychiatry

**Membership in Societies:**
American Psychiatric Association
American Academy of Child and Adolescent Psychiatry
Georgia Psychiatric Physicians Association
National Medical Association
Delta Sigma Theta Sorority

**LAWRENCE D. BAKER, M.D.**
2950 Mt. Wilkinson Parkway, Unit 613
Atlanta, GA 30339
(404) 610-7709

**CURRICULUM VITAE**

**Education and Training**
B.A., Brandeis University, Waltham, Massachusetts, 1964
M.D., State University of New York at Buffalo, School of Medicine, 1964-1968
Rotating Internship, Maimonides Medical Center, Brooklyn, New York, 1968-1969
Resident in Internal Medicine, Maimonides Medical Center, Brooklyn, New York, 1969-1970
Resident in Psychiatry, Emory University Hospitals, Atlanta, Georgia, 1978-1980
Fellowship in Child Psychiatry, Emory University Hospitals, Atlanta, Georgia, 1980-1982
M.B.A., Kennesaw State University, Kennesaw, Georgia, 1994-1996.

**Employment**
Epidemic Intelligence Service Officer, Family Planning Evaluation Branch, Centers for Disease Control and Prevention, United States Public Health Service, Atlanta, Georgia, 1970-1973.
Administrator and Medical Director, Northside Family Planning Services, Inc., Atlanta, Georgia, 1973-1975.
Co-Director, Counseling and Sexual Enrichment Center of Atlanta, Inc., Atlanta, Georgia, 1975-1978.
Medical Director, Charter Behavioral Health Systems at Laurel Heights, Atlanta, Georgia, 1989-1996.
Private Practice, Child, Adolescent and Adult Psychiatry, Inpatient and Outpatient Services, 1982 to present.
Physician Consultant, Intracorp Medical Review Services, 1997 to 1998.
Physician Advisor, Green Spring of Georgia, 1998 to 2001
Peer Reviewer, Composite State Board of Medical Examiners, 1998 to present.
Interim Program Director, Ridgeview Institute, Smyrna, Georgia, 1998
Associate Medical Director, United Behavioral Health, Atlanta, Georgia, 2000 to present
Private Practice in Telepsychiatry, Psychiatric Consultant to Nursing Home, 2/14 to present

**Honors and Certifications**
Gottlieb Award, State University of New York at Buffalo, School of Medicine, 1968
Diplomate in Psychiatry, American Board of Psychiatry and Neurology, 1984
Diplomate in Child Psychiatry, American Board of Psychiatry and Neurology, 1984
Banner of Achievement Award, National Medical Enterprises Psychiatric Division, 1992

Curriculum Vita: Lawrence D. Baker, M.D.　　　　　　　　　　　　　　　　1

**Exhibit B**

**Professional Organizations**
Georgia Council on Child and Adolescent Psychiatry
American Academy of Child and Adolescent Psychiatry.

**Elected Positions**
Co-founder and Director, Student Health Organization, State University of New York at Buffalo, School of Medicine, 1967-1968.
Georgia Vice Chairperson, American Association of Sex Educators, Counselors, and Therapists, 1976-1978.
Professional Advisory Board, Childbirth Education Association, 1977.
Professional Resource Committee, Georgia Council on Child Abuse, 1991-1995.
President, Georgia Council on Child and Adolescent Psychiatry, 1997 to 1999

**Clinical Appointments**
Clinical Instructor, Emory University School of Medicine, Department of Gynecology/Obstetrics, Atlanta, Georgia, 1970-1971.
Clinical Associate, Emory University School of Medicine, Department of Gynecology/Obstetrics, Atlanta, Georgia, 1971-1972.
Clinical Assistant Professor, Emory University School of Medicine, Center for Rehabilitation, Atlanta, Georgia, 1977-1978.
Clinical Assistant Professor of Psychiatry and Behavioral Sciences, Emory University School of Medicine, Atlanta, Georgia, 1994 to 1999.

**Hospital Committees**
Executive Committee, CPC Parkwood Hospital, Atlanta, Georgia, 1989.
Chairman, Child and Adolescent Committee and Member of Executive Committee, Charter Peachford Hospital, Atlanta, Georgia, 1989.
Executive Committee, Brawner Psychiatric Institute and Laurel Heights Hospital, Atlanta, Georgia, 1989-1993.
Chairman, Credentials Committee, Brawner Psychiatric Institute and Laurel Heights Hospital, Atlanta, Georgia, 1989-1993.
Governing Body, Brawner Psychiatric Institute and Laurel Heights Hospital, Atlanta, Georgia, 1989-1993.
Medical Executive Committee, Charter Laurel Heights Hospital, Atlanta, Georgia, 1993-1996
Advisory Board, Charter Laurel Heights Hospital, Atlanta, Georgia, 1993 to 1998.

**Publications**
Baker, L., and Freeman, M., Statistical Analysis of Applicant and Induced Abortion Work-Up, Grady Memorial Hospital, 1970. Journal of the Medical Association of Georgia, December, 1971.

Baker, L., Smith, J., Bourne, J., Abortion Surveillance in the United States. Advances in Planned Parenthood, IX, 2, 1974.

Kahan, R., Baker, L., Freeman, M.,  The Effect of Legalized Abortion on Morbidity Resulting from Criminal Abortion.  American Journal of Obstetrics and Gynecology, January, 1975.

Baker, L., et al.  Evaluation of a Do-It-Yourself Pregnancy Test.  American Journal of Public Health, February, 1976.

Baker, L., and Nagata, F.,  A Group Approach to the Treatment of Heterosexual Couples with Sexual Dissatisfactions.  Journal of Sexual Education and Therapy, Spring/Summer, 1978.

Haberman, M., and Baker, L., The M.D./M.B.A. Track: A New Paradigm for Physician Executives. Atlanta Medicine, Issue 1, Volume 71, Winter 1997.

<u>Curriculum Vitae - Michael A. Haberman, M.D.</u>

<u>Identifying data</u>

Name:              Michael Allen Haberman

Birthplace:        New York, New York

Work Address:      4170 Ashford Dunwoody Rd Ste 100
                   Atlanta, GA 30319

E-Mail             Michael. Haberman@optum.com


<u>Education</u>

Brooklyn Technical High School, New York, NY

University of Wisconsin, Madison, WI, B.S.

State University of New York at Buffalo School of Medicine, M.D.

Michael J. Coles School of Business, Kennesaw State University, MBA For Physician Executives, MBA


<u>Training</u>

Intern, Department of Psychiatry, State University of New York at Buffalo School of Medicine

First Year Resident in Psychiatry, Edward J. Meyer Memorial Hospital, SUNY at Buffalo, New York

Second and Third Year Resident in Psychiatry, Emory University Affiliated Hospitals, Atlanta, GA


<u>Licensure (Active)</u>

Georgia
North Carolina
Florida
California

Exhibit

C

Curriculum Vitae – Michael A. Haberman, M.D. – Page 2

Certifications

The American Board of Psychiatry and Neurology, Inc., Certified in Psychiatry, Certificate No. 16871, October, 1977.

Certified in Administrative Psychiatry by the American Psychiatric Association, 1988.

Certified in Addictive Disorders by the American Society of Addiction Medicine, 1987.

Certificate of Added Qualifications in Addiction Psychiatry, Certificate No. 171, The American Board of Psychiatry and Neurology, Inc., 1993-2003.  Recertified by examination 2003-2013.  Recertified by examination April 2013.

Current Positions

Regional Medical Director, Atlanta Care Advocacy Center, OptumHealth Behavioral Solutions (United Behavioral Health), Atlanta, Georgia, May 2009-ongoing

Honors

Distinguished Life Fellow, American Psychiatric Association

Medical Society Memberships

American Psychiatric Association

Georgia Psychiatric Physicians Association

American Academy of Addiction Psychiatry

Faculty Appointments

Clinical Associate Professor of Psychiatry, Emory University School of Medicine, 1988-1998.

Clinical Assistant Professor of Psychiatry, Emory University school of Medicine, 1976-1988.

Elected Positions

President, Medical Association of Atlanta, 1994-95

Director, Medical Association of Georgia Board of Directors, 1999-2003

Treasurer , Medical Association of Atlanta, 1992-1993

President, Georgia Psychiatric Physicians Association, a District Branch of the American Psychiatric Association, 1990-91

Treasurer, Georgia Psychiatric Physicians Association, 1987-88.

Director, Medical Association of Atlanta Board of Directors, 1988-1995.

President, Georgia Chapter, American Academy of Psychiatrists in Alcoholism and Addictions, 1987-89.

Counsellor, American Association of Psychiatric Administrators, 1986-88.

Board of Trustees, Georgia Psychiatric Physicians Association, 1985-1987.

Chief of Staff, HCA West Paces Ferry Hospital, Atlanta, 1986.

Administrative Positions

Medical Director, Department of Psychiatry, HCA West Paces Ferry Hospital, Atlanta, GA, 1979-1991.

Publications

Haberman, Michael A. and Baker, Lawrence D: "The MD/MBA Track: A New Paradigm For Physician Executives," Atlanta Medicine, 1997

Haberman, Michael A.: "Spontaneous trance or Dissociation: A Suicide Attempt in a Schizophrenic Vietnam Veteran, " American Journal of Clinical Hypnosis, 28: 177-182,1986.

Haberman, Michael A.: "Complications Following Hypnosis in a Psychotic Patient with Sexual Dysfunction Treated by a Lay Hypnotist," American Journal of Clinical Hypnosis, 29:166-170,1987.

Haberman, Michael A.: "Spontaneous Trance as a Possible Cause for Persistant Symptoms in the Medically Ill," American Journal of Clinical Hypnosis, 29:17 1-176,1987.

Guest editor, Special Issue of the Bulletin of the Medical Association of Atlanta on Alcohol and Drug Abuse, 1984.

Haberman, Michael A.: "Medical Hypnosis, " Atlanta Medicine, 57:17-18, 1983.

Haberman, Michael A.: Book Review of Freytag's The body Image in Gender Orientation Disturbances, American Journal of Clinical Hypnosis, 24:136-137, 1981.

Haberman, Michael A.: 'Autocastration in Transsexualism, "American Journal of Psychiatry, 136:347-348, 1970.

Haberman, Michael A.: "Gender Identity Disorder, Schizophrenia and a 47 XYY Karyotype, " Psychoneurendocrinology, Vol. 1, 1976.



**Andrew G. Jubinsky**
Partner

**Fields of Practice**
Business Litigation
Insurance Litigation
Class Actions
Labor and Employment

**Phone 214.939.2009**
andy.jubinsky@figdav.com
AV® Preeminent™

# FIGARI & DAVENPORT

**Practice Overview**

Mr. Jubinsky is one of the founding attorneys of Figari & Davenport and a member of the firm's executive committee. He has tried over 40 cases in federal and state courts and arbitrations, including business and insurance cases, and has been involved in over 80 reported opinions. In 2003, Mr. Jubinsky was recognized by the Dallas Business Journal as one of the 10 top litigators in the Dallas-Fort Worth area.

Over the past 25 years, Mr. Jubinsky has amassed extensive experience in complex life, health, disability, and credit insurance matters. As this area of the law has become more sophisticated and highly regulated, Mr. Jubinsky's continuing involvement, knowledge, and industry-wide reputation has helped to establish Figari & Davenport as a recognized leader in complex insurance litigation. Mr. Jubinsky represents insurance companies and third party administrators in state and federal courts in Texas and other states, including class action and multi-district litigation, as well as arbitrations before the American Arbitration Association and hearings before state insurance department tribunals. Mr. Jubinsky represents and serves as Texas counsel for over 25 insurance companies and third party administrators, many of which have been long-standing clients that also utilize his services as regional counsel or in contiguous states.

Mr. Jubinsky also represents corporations in lawsuits involving business disputes, class action litigation, non-competition, trade secret and employment matters, franchise disputes, real estate disputes, and consumer product litigation. Mr. Jubinsky served as lead counsel for the nation's leading digital satellite television service provider in the prosecution of several hundred lawsuits in Dallas and Fort Worth alleging the interception and decryption of satellite communications.

Mr. Jubinsky's clients include national and international companies in the insurance, satellite communications, beauty supply, financial services, and consumer product industries, including Fortune 500 companies. Mr. Jubinsky is accessible to his clients and responsive to their varying needs, and is always cognizant of costs and maintaining efficiency, which is much appreciated by his loyal client base.

**Highlights**

Mr. Jubinsky recently obtained significant verdicts and rulings on behalf of his clients in the following cases:

- As lead counsel in Cambus, Inc. v. Armstrong McCall, LLP, Cause No. 07-04-03404 – CV (Montgomery County, Texas), Mr. Jubinsky successfully defended a national franchisor of professional hair and beauty products in a 10 million dollar lawsuit brought by a franchisee for wrongful termination of a franchise agreement. The jury, after a week long trial in January 2010, deliberated less than ten minutes and found in favor of the franchisor.

- As lead counsel for a national health insurer, Mr. Jubinsky successfully defended a claim by a former agent who filed suit in state court seeking millions of dollars in damages based upon his allegations that the company had improperly calculated commissions and premium rates for certain policies. Mr. Jubinsky upheld the enforceability of the arbitration provision found in the agency contract and compelled arbitration. After a week long hearing, the arbitration panel ruled that the agent's claims were without merit, and held in favor of the company in all respects.

- As lead counsel in Charles Lathem v. William Kruse and Walking T Ranch, LP, 290 S.W. 3d 922 ( Tex. App. Dallas 2009, no pet.), Mr. Jubinsky obtained a summary judgment that was affirmed on appeal that defeated plaintiff's claims for an interest in the profits from the sale of a real estate development. The court found that plaintiff's claims were barred by the statute of frauds.

- As lead appellate counsel in Morgan Buildings and Spas, Inc. v. Humane Society of Southeast Texas, 249 S.W.3d 480 (Tex. App. Beaumont 2008, no writ), Mr. Jubinsky obtained a reverse and render on appeal that upheld the validity of a damage and reliance disclaimer and merger and integration clause in the form purchase agreement of a national modular building and spa company.

- Other judgments obtained for clients include: Sunny Corral Management, LLC v. Zurich American Insurance Company, et al 2010 U.S. Dist. LEXIS 46679 (N.D. Tex. March 31, 2010) (summary judgment granted in favor of insurers); Johnson v. Boston Mutual Life Insurance Company, 2010 U.S. Dist. LEXIS 21394 (W.D. La. March 8, 2010) (summary judgment granted for insurer on ERISA claim for disability insurance benefits); Jowers v. UnitedHealth Group, et al, 2010 U.S. Dist. LEXIS 753 (W.D. Tenn. Jan. 6, 2010)(dismissal of complaint for agent commissions for failure to state a claim); Smith v. Golden Rule Ins. Co., 2009 U.S. Dist. LEXIS 38326 (N.D. Okla. April 29, 2009) (granting motion for judgment on the pleadings); Krames v. National Life Ins Co., et al, 2009 U.S. Dist. LEXIS 24818 (N.D. Tex. March 24, 2009) (dismissal of fraud, conspiracy and DTPA claims for insurer in dispute over 412(i) retirement plan); Roofers Local No. 20 Health and Welfare Plan v. Memorial Hospital System v. FMH Benefit Services, Inc, 2007 U.S. Dist. LEXIS 34089 ( W.D. Mo. May 9, 2007) (summary judgment granted for claims administrator against hospital on negligent misrepresentation claims); Thornton v. Fort Dearborn Life Ins. Co., 2006 WL 407503 (N.D. Tex. Feb. 22, 2006) (summary judgment granted for insurer on ERISA claim for life insurance benefits).

CONTINUED

**Exhibit E**



**Andrew G. Jubinsky**
Partner

**Fields of Practice**
Business Litigation
Insurance Litigation
Class Actions
Labor and Employment

**Phone 214.939.2009**
andy.jubinsky@figdav.com

AV® Preeminent™



### Education

JD, South Texas College of Law, summa cum laude, 1985

- Graduated first in his class

BS, West Virginia University, cum laude, 1982

### Honors

Listed in The Best Lawyers in America under Insurance Law, 2008-2012

Listed in The Best Lawyers in America under Commercial Litigation, 2009-2012

Listed in The Best Lawyers in America under ERISA Litigation, 2012

Listed in The Best Lawyers in America under Real Estate Litigation, 2012

Listed in 2007, 2009 Corporate Counsel Almanac as a "Top Lawyer"

Named one of the ten "Top Litigators in the Metroplex" by Dallas Business Journal, 2003

### Memberships

- State Bar of Texas
- American Bar Association
- The Defense Research Institute (Life, Health & Disability Committee Member)

### Publications / Speaking Engagements

Mr. Jubinsky is a frequent speaker on topics including:

- preparing company witnesses for deposition
- fraud investigations and rescissions
- policy exclusions in insurance policies
- Texas prompt payment statutes
- subrogation
- Medicare and ERISA primers
- ERISA appeals and grievances



**Ryan McComber**
Partner

**Fields of Practice**
Business Litigation
Insurance Litigation

**Phone 214.939.2014**
ryan.mccomber@figdav.com

AV® Preeminent™

# FIGARI & DAVENPORT

## Practice Overview

Mr. McComber is a Partner at Figari & Davenport, LLP whose practice focuses on complex commercial litigation. Mr. McComber has a broad range of experience representing both plaintiffs and defendants in contract disputes, TRO and injunctive relief proceedings, health, life, and disability insurance disputes, employment disputes, ERISA disputes, class actions, oil and gas matters, collection matters, and litigation involving commercial real estate.

Mr. McComber has successfully tried cases in both federal and state courts, and has also represented numerous clients in significant arbitration proceedings.

## Highlights

- Successfully obtained summary judgment for national company against claim for breach of contract where plaintiff sought damages of over $1.5 million arising out of a vendor contract.

- Successfully obtained both a TRO and two-year injunction against former employee preventing him from using our client's trade secrets, soliciting our client's customers, and preventing him from working with our client's major competitors.

- Co-trial counsel for Globex International, Inc. in a suit to recover amounts due under a partnership agreement with a national sports sales and marketing company. Jury returned verdict for Globex in excess of $3.5 million.

- Successfully representing NBA coach Don Nelson in his suit to recover $6.5 million in earned deferred compensation, which the Dallas Mavericks refused to pay him when he accepted a job as the coach of the Golden State Warriors. As a result of the arbitration proceeding, Nelson was awarded over $7 million in damages, fees, and costs.

- Successfully obtaining summary judgment for large national title insurer against breach of contract and negligence claims by large national bank.

- Successfully obtaining summary judgment for former NBA coach Don Nelson against claims for breach of contract and fraud where plaintiff sought damages of over $300,000 arising out of a failed start-up company.

- Successfully obtaining summary judgment for large national bank against claims for Texas Property Code violations where plaintiff sought damages of over $1 million arising out of a non-judicial foreclosure on real property.

- Successfully prosecuting claims for commercial real estate developer in litigation resulting in the specific performance of a $2 million real estate sales transaction.

- Reported decisions include: Hall v. Fidelity & Guaranty Life Ins. Co., 2014 WL 642802 (N.D. TX. Feb. 18, 2014) (Summary judgment granted); Richard v. Golden Rule Insurance Company, 2012 WL 6728582 (E.D. LA. Dec. 28, 2012) (Summary judgment granted); Rolle v. Nelson, 2008 WL 2790502 (N.D. TX. July 17, 2008) (Summary Judgment granted); Washington Mutual Bank v. Commonwealth Land Title Ins. Co., 2010 WL 135685 (Tex App. Corpus Christi, Feb. 11, 2010) (Summary judgment affirmed on appeal); ProCom Services, Inc. v. DirecTV, Inc., 2009 WL 7099169 (Tex. Dist. Ct. 2009) (Granted motion to compel arbitration).

## Education

JD, Southern Methodist University, cum laude, 2003

- Articles Editor, International Law Review, 2002-2003
- Staff Member, International Law Review, 2001-2002

BA in Letters, University of Oklahoma, magna cum laude, 2000

- Phi Beta Kappa
- Men's Letzeiser Honor List

## Honors

- Member of the Dallas Association of Young Lawyers (DAYL) 2013 Leadership Class
- Named a Texas Rising Star (Texas Monthly, 2013 - 2014)
- Named a Top Rated Lawyer in Business and Insurance Litigation (American Lawyer, 2013 – 2014)
- President's Award of Merit, Texas Young Lawyers Association, 2005
- Revenue Committee Member, 2008 Tom Thumb Breakfast with a Champion

## Memberships

- State Bar of Texas
- Dallas Bar Association
- Dallas Association of Young Lawyers
- Texas Young Lawyers Association

## Publications / Speaking Engagements

- Mediation Tips and Tricks, Advanced Mediation and Negotiation, El Centro College, Fall 2008



Exhibit F